**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**



FILED

MAR 1 6 2012

CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12CR640 BTM |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| IAN ROY HERRERA, | |
| Defendant. | |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

 X      an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

____    the Court has granted the motion of the Government for dismissal, without prejudice; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

 X      of the offense(s) as charged in the Information:

        8:1325 - Illegal Entry (Felony)

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/14/12

                                KAREN S. CRAWFORD
                                UNITED STATES MAGISTRATE JUDGE